HPS-141 (August 2006) August 31, 2006
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>05-2839</u>

JUAN MORAN ROMERO

v.

JAMES SHERMAN, Warden, Federal Correctional Institution, McKean
      (W.D. Pa. Civ. No. 05-cv-89E)

Present:          SCIRICA, <u>Chief Judge</u>, WEIS and GARTH, <u>Circuit Judges</u>

          Submitted are:

          (1)    By the Clerk for possible summary affirmance; and

          (2)    Petitioner's summary affirmance response

          in the above-captioned case.

                                  Respectfully,

                                  Clerk

MMW/BNB/ghb

_____ORDER_____

The Petitioner appeals from the District Court's denial of a petition, filed pursuant to 28 U.S.C. § 2241, that challenged the Bureau of Prisons' ("BOP") calculation of good conduct time under 18 U.S.C. § 3624(b). The Petitioner's claim is identical to that raised and rejected in <u>O'Donald v. Johns</u>, 402 F.3d 172 (3d Cir. 2005), <u>cert. denied sub nom. Moreland v. Federal Bureau of Prisons</u>, 126 S.Ct. 1906 (2006). In <u>O'Donald</u>, we held that the meaning of § 3624(b) is ambiguous and therefore deferred to the BOP's reasonable interpretation of the statute. Accordingly, for the reasons described in <u>O'Donald</u>, the District Court properly denied the Petitioner's § 2241 petition. Because this appeal presents "no substantial question," 3d Cir. LAR 27.4 and I.O.P. 10.6, we summarily affirm the District Court order entered May 25, 2005.

                                                    By the Court,

                                                    /s/ <u>Leonard I. Garth</u>
                                                    Circuit Judge

Dated: September 14, 2006

nmb/cc:   Michael L. Ivory, Esq.
          Thomas W. Patton, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on November 6, 2006

Teste:  *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit